**Motion Granted and Order Filed September 10, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00197-CV
_____

### DAVID E. JOHNSON, Appellant

### V.

### NATIONAL INDEMNITY COMPANY, Appellee

**On Appeal from the 344th District Court
Chambers County, Texas
Trial Court Cause No. CV28790**

## ORDER

Appellant's motion to reinstate the appeal, which we are treating as a motion for rehearing, is GRANTED. Within **ten days** of this order, appellant must personally provide proof to this court that he has paid or has arranged to pay for the clerk's record. The clerk's record is due within **twenty days** of the date of this order.

Before this appeal was dismissed, appellant filed a motion for voluntary dismissal under Tex. R. App. P. 42.1(a)(1). He then filed a motion to withdraw his

motion to dismiss. Appellee has filed a response to the motion to withdraw. The motion to withdraw is ripe for the court's consideration, and the court will rule on that motion in due course.

PER CURIAM